UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAURIE A. H. MCCONKEY,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>Defendant. | Case No. C11-1090-RSM-JPD<br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of her application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 3. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 17.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings. The parties have stipulated that on remand, the Administrative Law Judge ("ALJ") shall further develop the medical record, hold a supplemental hearing with expert testimony at the ALJ's discretion, and render a new decision which shall include reconsideration of the case under the sequential evaluation process. On remand, the ALJ shall also re-evaluate the severity of plaintiff's impairments, plaintiff's credibility, plaintiff's residual functional capacity, and the medical

1 opinions of record. Plaintiff's prior disability claim, which was filed in June 2007, shall be

2 reopened under applicable regulations, if warranted by the ALJ's finding on remand.

3     A proposed order accompanies this Report and Recommendation.

4     DATED this 1st day of December, 2011.

*/s/ James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2